PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket Number (Tran. Court) | 1:18cr152 |
| Docket Number (Rec. Court) | 2:22-cr-00274-JCM-VCF |

| Keoscha Spencer<br>Nevada | District: North Dakota | Division: Bismarck |
|---|---|---|
| | Sentencing Judge: | The Honorable Daniel L. Hovland |
| | Supervision Dates: | From: 2/8/2022 — To: 2/7/2025 |

| Offense: | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. 841(a)(1); 841(b)(1); 846 and 18 U.S.C. 2 |
|---|---|

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9-27-2022
*Date*

*The Honorable Daniel L. Hovland*
*United States District Court Judge*

\* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 12, 2022
*Effective Date*

*James C. Mahan*
*United States District Court Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Keoscha Ellesse Spencer

Case No.: 1:18CR00152

**REQUESTING ACCEPTANCE OF JURISDICTION**

October 5, 2022

TO: The Honorable
To Be Assigned:

On July 14, 2020 Keoscha Spencer was sentenced in the District of North Dakota to 36 months (with credit for time served) custody followed by three years of supervised release for committing the offense of Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance. On February 8, 2022 Spencer's term of supervised release commenced in the District of Nevada.

Spencer has advised this officer that she has no plans to return to the District of North Dakota. To expeditiously address any matters that may require the Court's attention, it is recommended the United States District Court for the District of Nevada accept jurisdiction of this case. As noted by the signature on the attached Transfer of Jurisdiction form (Prob 22), the presiding Judge in District of North Dakota has agreed to relinquish jurisdiction in this case. Should the Court agree with this request, the applicable Transfer of Jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

Digitally signed by
Donnette Johnson
Date: 2022.10.05
16:15:28 -07'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.10.05
16:14:09 -07'00'

Brian Blevins
Supervisory United States Probation Officer